PETER J. D'AMICO, PETITIONER-RESPONDENT, v. GENERAL ELECTRIC SUPPLY COMPANY, RESPONDENT-APPELLANT.

Argued June 8, 1953—Decided June 22, 1953.

*Mr. Verling C. Enteman* argued the cause for the appellant (*Messrs. McCarter, English & Studer,* attorneys; *Mr. Stuart A. Young, Jr.,* of counsel).

*Mr. John A. Laird* argued the cause for the respondent (*Messrs. Roskein & Laird,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* in the court below.

BURLING, J., concurring in result.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, WACHENFELD, BURLING, JACOBS and BRENNAN—6.

*For reversal*—Justice OLIPHANT—1.